# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **CLARENCE BROOKS,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )    **Case No. CIV-25-225-G** |
| | ) |
| **SCOTT WALLACE et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

## ORDER

Plaintiff Clarence Brooks, a state inmate appearing pro se, filed this federal civil rights action and an application seeking leave to proceed *in forma pauperis*. The matter was referred to Magistrate Judge Amanda Maxfield Green for initial proceedings in accordance with 28 U.S.C. § 636.

On March 21, 2025, Judge Green issued a Report and Recommendation (Doc. No. 5) finding that Plaintiff has accumulated "three strikes" pursuant to 28 U.S.C. § 1915(g) and recommending that Plaintiff's application for leave to proceed *in forma pauperis* therefore be denied.

In the Report and Recommendation, Judge Green advised Plaintiff of his right to object to the Report and Recommendation by April 11, 2025. Judge Green also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the Report and Recommendation.

The Report and Recommendation was mailed to Plaintiff at his address of record and returned as undeliverable. *See* Doc. No. 8.[1] As of this date, Plaintiff has not filed any objection to the Report and Recommendation or sought leave for additional time to do so.

## CONCLUSION

Accordingly, the court ADOPTS the Report and Recommendation (Doc. No. 7) in its entirety. Plaintiff's application for leave to proceed *in forma pauperis* (Doc. No. 6) is DENIED.

Plaintiff is advised that unless he pays the $405.00 filing fee in full to the Clerk of the Court within twenty-one (21) days of the date of this Order, or shows good cause for his failure to do so, this action shall be subject to dismissal without prejudice. *See* LCvR 3.3(e).

The Clerk of Court is directed to mail this Order to Plaintiff at his address of record.

IT IS SO ORDERED this 13th day of May, 2025.

CHARLES B. GOODWIN
United States District Judge

---

[1] It is Plaintiff's responsibility to update the Court as to address changes. *See* LCvR 5.4.